AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, APPENDIX A-B-C** |
| EFFECTED (1) BY ME: | **DAVID TORRES** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **7/19/2016 3:18:27 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

CUPSHE LLC.

Place where served:

5 STONEY HILL PLACE   LIVINGSTON  NJ  07039

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

GRANVO MAO

Relationship to defendant   **MANAGING AGENT**

Description of Person Accepting Service:

SEX: F    AGE: 65+    HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: GRAY    OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____          SERVICES $ _____ . ____          TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/20/2016         _____ L.S.

SIGNATURE OF DAVID TORRES
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JOSEPH T. MURRAY, ESQ. |
| PLAINTIFF: | MARA HOFFMAN, INC. |
| DEFENDANT: | XILIN ZHAO, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 2 16 CV 04265 WJM MF |
| COMMENT: | |

7/20/16
MARELYN MENESES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 6, 2016